Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WAYNE JOSEPH ESPINOSA, individually and *dba* PROFESSIONAL PAINTERS & DECORATORS, *aka* PROFESSIONAL PAINTERS & DECORATORS OF CA, *aka* PROFESSIONAL PAINTERS OF CAL, *aka* SAN FRANCISCO RESTORATION, <br><br> Defendant. | Case No.: C10-3895 TEH <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant WAYNE JOSEPH ESPINOSA, individually and doing business as PROFESSIONAL PAINTERS & DECORATORS, also known as PROFESSIONAL PAINTERS & DECORATORS OF CA, also known as PROFESSIONAL PAINTERS OF CAL, also known as SAN FRANCISCO RESTORATION.  Defendant has not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C10-3895 TEH**

1    It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 30th day of December, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:_____/s/_____
     Muriel B. Kaplan
     Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date:___01/03/2011___         _____
                              UNITED STATES DISTRICT JUDGE
                              Judge Thelton E. Henderson

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C10-3895 TEH

P:\Closed Matters\PATCL\Professional Painters & Decorators\Pleadings\C10-3895 TEH - Notice of Voluntary Dismissal 122910.DOC